THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TOM MAMON, Defendant-Appellant.

(No. 73-263;

Fifth District—February 8, 1974.

PER CURIAM.
EBERSPACHER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Robert H. Rice, State's Attorney, of Belleville (Clyde L. Kuehn, Assistant State's Attorney, of counsel), for the People.